# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| **TRISHA WALKER, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,**<br><br>Plaintiff,<br><br>v.<br><br>**JOHNSON MARK LLC,**<br><br>Defendant. | **CLASS ACTION**<br><br>Order<br><br>**Case No.:** 1:17-cv-00098-DB<br><br>**Judge:** Hon. Dee Benson |

## ORDER OF DISMISSAL

Pursuant to the parties' stipulation and for good cause shown, Defendant Johnson Mark is dismissed with prejudice as to Plaintiff's claims, and without prejudice as to the putative class's claims, with each party to bear their own attorney's fees and costs.

Dated: March 29, 2018

_____
JUDGE DEE BENSON